

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2015

No. 04-15-00128-CR

**IN RE** Eduardo **TREVINO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

On March 9, 2015, relator Eduardo Trevino filed a petition for writ of mandamus complaining of the trial court's failure to rule on a pending motion. On April 8, 2015, this court issued its opinion denying the mandamus petition as moot due to the trial court's order signed March 20, 2015, ruling on relator's motion.

Relator subsequently filed a motion to modify, asking this court to amend the trial court's order to include additional relief. In an original proceeding alleging the trial court's failure to rule on a pending motion, appropriate relief is limited to an order directing the trial court to consider and rule upon the motion. We may not tell the trial court how it should rule. *See In re Ramirez*, 994 S.W.2d 682, 684 (Tex. App.—San Antonio 1998, orig. proceeding). Relator's motion is DENIED.

It is so **ORDERED** on April 22, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 1999CR4085, 1999CR6204, and 1999CR6205, each styled *The State of Texas v. Eduardo Trevino*, pending in the 144th Judicial District Court, Bexar County, Texas, the Lorina I. Rummel presiding.